UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sheldon James Armstrong, III,

Petitioner,

v.

Jeff Titus, *Warden*,

Respondent.

Case No. 20-cv-0178 (WMW/ECW)

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

---

This matter is before the Court on the March 23, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright. (Dkt. 8.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1.    The March 23, 2020 R&R, (Dkt. 8), is **ADOPTED**.

2.    Petitioner Sheldon James Armstrong, III's petition for writ of habeas corpus, (Dkt. 1), is **DENIED**.

3.    This matter is **DISMISSED**.

4.    No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  July 24, 2020                                      s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge